

1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT
8                      SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR2179-L
                                  )
10              Plaintiff,         )   **I N F O R M A T I O N**
                                  )
11        v.                      )   Title 8, U.S.C., Sec. 1325 -
                                  )   Illegal Entry (Misdemeanor);
12  MARTIN MARTINEZ-VALDEZ,        )   Title 8, U.S.C., Sec. 1325 -
                                  )   Illegal Entry (Felony)
13              Defendant.         )
                                  )
14 _____)

15        The United States Attorney charges:

16                                Count 1

17        On or about    5/19/08              , within the Southern
18  District of California, defendant MARTIN MARTINEZ-VALDEZ, being an
19  alien, unlawfully entered or attempted to enter the United States at
20  a time and place other than as designated by immigration officers, and
21  eluded examination and inspection by immigration officers, and
22  attempted to enter or obtained entry to the United States by a
23  willfully false or misleading representation or the willful
24  concealment of a material fact; in violation of Title 8, United States
25  Code, Section 1325, a misdemeanor.
26  //
27  //
28  //

CJB:kmm:San Diego
6/27/08

Count 2

An unknown date on or after December 7, 2006, within the Southern District of California, defendant MARTIN MARTINEZ-VALDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney