Case 3:08-cr-02179-L    Document 8    Filed 06/30/2008    Page 1 of 1

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARTIN MARTINEZ-VALDEZ | CASE NUMBER: 08CR2179-L |

I, MARTIN MARTINEZ-VALDEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer